Shannon Leininger, Montana Bar No. 14589
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Ph. (307) 777-7895
shannon.leininger@wyo.gov

*Attorney for Defendant-Intervenor, State of Wyoming*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, *et al*.,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, *et al*.,<br><br>Defendants,<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | Case No. CV-26-133-GF-BMM<br><br>**INTERVENOR-DEFENDANT STATE OF WYOMING'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER AND TRANSFER** |

Pursuant to Federal Rule of Civil Procedure 12(b)(3), Intervenor-Defendant State of Wyoming hereby moves to dismiss the Plaintiffs' claims related to the 2025 Wyoming Record of Decision and Resource Management Plan Amendment. In the alternative, Wyoming moves to sever the Wyoming claims pursuant to Rule 21 of

the Federal Rules of Civil Procedure and transfer them to the United States District Court for the District of Wyoming under 28 U.S.C. § 1404(a). In support of this motion, Wyoming offers the accompanying Brief in Support.

Pursuant to Local Civil Rule 7.1(c)(1), the State's attorney conferred with counsel for all parties. Plaintiffs oppose the motion. Federal Defendants do not oppose the motion.

The State of Wyoming respectfully requests that this Court grant the State's motion to dismiss or, in the alternative, to sever and transfer.

DATED this 26th day of May, 2026.

*/s/ Shannon Leininger*
Shannon Leininger (MT Bar No. 14589)
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
Ph. (307) 777-7895
shannon.leininger@wyo.gov

## CERTIFICATE OF SERVICE

I certify that on this 26th day of May, 2026, I filed the foregoing with the Clerk of the U.S. District Court for the District of Montana and caused to be served all parties using the CM/ECF system.

*/s/ Shannon Leininger*
Shannon Leininger