IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY DAVIS, et al.,<br><br>Defendants,<br><br>and<br><br>STATE OF WYOMING, et al.,<br><br>Defendant-Intervenors. | Case No. 4:26-cv-00021-BMM<br><br>ORDER GRANTING MOTION TO CONSOLIDATE |
| MONTANA WILDLIFE FEDERATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS BURGUM, et al,<br><br>Defendants,<br><br>and<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | Case No. 4:26-cv-00133-BMM |

This matter is before the Court on Plaintiffs' Unopposed Motion to Consolidate *Center for Biological Diversity et al. v. Davis, et al.*, No. 4:26-cv-021, with *Montana Wildlife Federation et al. v. Burgum et al.*, No. 4:26-cv-133. Both cases challenge the Bureau of Land Management's 2025 Greater Sage-Grouse Resource Management Plan Amendments. Consolidation is proper here as the cases "involve a common question of law or fact," Fed. R. Civ. P. 42(a) , and consolidation would enable a more efficient resolution of the cases.

Accordingly, **IT IS HEREBY ORDERED** that the Unopposed Motion to Consolidate (Doc. 37) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 42(a) , the above-captioned cases are consolidated for purposes of summary judgment briefing, hearing, and a decision on the claims in the operative complaints in each case. **IT IS FURTHER ORDERED** that the Clerk of Court shall consolidate *Center for Biological Diversity et al. v. Davis, et al.*, No. 4:26-cv-021, with *Montana Wildlife Federation et al. v. Burgum et al.*, No. 4:26-cv-133.

DATED this 7th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts